United States of District Court
For the District of Columbia

FILED
JUN - 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Sharif Ali Shafi
526 Brummel Court
Washington, DC 20012
202-487-7778

V

Mark Leggett and Donna Leggett
10904 Woodland Blvd
Largo, MD

CASE NUMBER   1:05CV01118

JUDGE: Richard W. Roberts

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 06/06/2005

JURY ACTION

## COMPLAINT

for Damages
"Negligence" of Defamation of Character
Mental and Emotional Distress
Pain and Suffering

1) Mark Leggett has flooded the Untied States Attorney offices and the Inspector General's offices along with the U.S. Department of Labor and the Metropolitan Police Department of the District of Columbia with defamatory information and slander of my name. She has accused me of embezzling thousand of dollars and that I was corrupt.

2) For almost 2 ½ years, Mark Leggett has passed around fraudulent, deceitful, information about me to get me removed from the position of President of Local 2095. Mark and Donna Leggett has passed out stolen checks and banking information for the banking account at Provident Bank in Oxon Hill, Maryland..

3) Mark and Donna Leggett have willfully delivered stolen, removed banking documents that were downloaded from the Provident Bank website. The malicious destruction from using

the Internet and online services to steal from and defraud and victimize citizens, businesses, and communities is a Federal Violation. The Leggett's continued their insidious chicanery when they passed the documents to Mayor Anthony Williams's office, the City Councilmen and women's office and the Department of Mental Health Services Director, Martha Kinsely.

4) Mark Leggett has gone as far as deceiving the United States District Court in Upper Marlboro, MD vilifying my character and deliberately deceiving the court to win a civil lawsuit. By telling the court in the next day or so I would be arrested for embezzlement of Local Union 2095 monies.

5) Donna Leggett has gone out of her way to defame my character by typing fraudulent documents and sending them to the Mayor of the District of Columbia, Anthony A. Williams. The falsified documents placing Diana Flowers-Hinnant in my elected position as President to bamboozle Mayor Anthony Williams into forwarding the rebate checks to a Post Office Box in Washington, DC by faxing documents to the Mayor which stated that I am a <u>convicted</u> felon which would render me incapable of holding elected office and representing the members of Local 2095 in an elected capacity.

6) The Leggett's fraudulent notarized documentation which they have passed out to the membership of Local Union 2095, NUHHCE, AFSCME, AFL-CIO, and PERB, Julio Castillo Executive Director, Ivy Mc Kinsley, Director, DMH/DHR, Martha Kinsley, Director Dept of Mental Health, Mary Leary, Director of Labor Relations, The Washington Times newspaper and Washington Post to vilify and to destroy my character. The Leggett's have

misused my identity, has been reckless and irresponsible. The malicious behavior the treacherous penmanship has placed me in great danger and in fear for my life. The defamatory remarks, the thousands of documents posted and passed out all over Washington, Virginia, and Maryland has excaberated problems and major bitterness towards me. Their behavior has destroyed my reputation, assassinating my character, has cost me major stress and pain and in fear of my life because of their actions.

Therefore, I am asking for:

1) The Plaintiff requests judgement from the defendants, Mark Leggett and Donna Leggett in the amount of Three Million Dollars, $3,000,000.00.

2) Plaintiff is requesting a Trial by Jury.

*Sharif Shafi*
Sharif Shafi
526 Brummel Court NW
Washington, DC 20012