AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Sharif Shafi'

v.

Mark Leggett, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:05CV01118

JUDGE: Richard W. Roberts

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 06/06/2005

TO: (Name and address of Defendant)

Mark Leggett
10904 Woodland
Largo Md 20732

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF ▆▆▆▆ PRO SE (name and address)

Sharif Shafi'
526 Brummel NW
Washington D.C. 20012

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

* NON-EST  UNABLE TO CONTACT / BAD ADDRESS — NO SUCH ADDRESS IN Pr. Geo. Co.
DFC M Jn (CPRE) #176   8-14-05

NANCY M. MAYER-WHITTINGTON          JUN 06 2005
CLERK                                DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Sharif Shafi'

v.

Mark Leggett, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV01118

JUDGE: Richard W. Roberts

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 06/06/2005

TO: (Name and address of Defendant)

Donna Leggett
10904 Woodland Blvd
Largo Md 20737

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF ~~~~~~~~ Pro SE (name and address)

Sharif Shafi'
526 Brummel Ct NW
Washington DC 20012

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

※ NON-EST  UNABLE TO CONTACT/BAD ADDRESS - NO SUCH ADDRESS IN PR. GEO. Co.
8-14-05

NANCY M. MAYER-WHITTINGTON                  JUN 0 6 2005
CLERK                                        DATE

(By) DEPUTY CLERK