UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**SHAFI ALI SHAFI**,                )
                                    )
         Plaintiff,                 )
                                    )
    v.                              ) Civil Action No. 05-1118 (RWR)
                                    )
**MARK LEGGETT**, <u>et al.</u>,    )
                                    )
         Defendants.                )
_____)

### ORDER TO SHOW CAUSE

Defendants filed an answer on July 28, 2005. Thereafter, the Court issued an order setting an initial scheduling conference for January 3, 2006 at 10:30 a.m. and mailed a copy of the order to the defendants. The order was not returned to the Court as undeliverable. Parties are required to comply with Court orders, and are responsible for checking the Court docket sheet for developments in the case.

On January 3, 2006, plaintiff appeared in Court for the initial scheduling conference, but defendants did not appear. Accordingly, it is hereby

ORDERED that the defendants show cause in writing by January 20, 2006 why sanctions should not be imposed upon them for their failure to appear and why any motion for default judgment

- 2 -

against the defendants filed by plaintiff should not be granted.


1-9-06                          ___/s/_____
DATE                            RICHARD W. ROBERTS
                                United States District Judge