UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA
CIVIL DIVISION

Sharif Shafi,
    Plaintiff

v.

Leggett, Mark & Donna, et al
    Defendant

Civil Action No. 1:05CV0593 RWR
No. 1:05CV1118 RWR

## MOTION TO FILE A SUPPLEMENTAL PLEADING

DISTRICT OF COLUMBIA, ss:

The defendants, Mark and Donna Leggett disputes service and further states that previous documentation from the court was mailed to an incorrect address and the defendant(s) further learned of the Default notice in this action through a co-defendant, Mrs. Janet B. Hill even though the Default notice was mailed to Ms. Hill at an address in Ft. Washington, DC 20744. The postman recognized the zip code and the Default notice was re-routed to Ms. Hill in Fort Washington, Maryland.

The defendants, Mark and Donna Leggett further requests the court to re-issue a new court date for continuation and resolution of this frivolous matter and forward it to the defendants at 1707 Gainesville Street, SE #202, Washington, D.C. 20020

Thank you.

_____
Mark Leggett
Defendant

_____
Donna Leggett
Defendant

**COPY MAILED TO PLAINTIFF [PLAINTIFF FILED ACTION PRO SE]**