UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Sharif Ali Shafi'
    Plaintiff

V                                  Case: 1:05-CV-01118 (RWR)

Mark Leggett,
    Defendants, et al

*Motion for* **Attachment for Contempt**

On January 3, 2006 at 10:30 AM, an order for initial scheduling conference was ordered. Defendants, et al have failed to plead or otherwise defend as provided by these rules and that is made to appear by affidavit or otherwise. On 1/10/06, the court issued order to Show Cause in writing by January 20, 2006 and why sanctions should not be imposed upon them for their failure to appear and why any motion for default judgment against the defendants filed by the plaintiff should be granted. I, the Plaintiff searched the court docket text on January 24th and January 27th, 2006, the Defendants, et al seem to be in contempt. I'm asking the Judge to issue the attachment to the defendants, et al. *I certified mailed the Defendants et al on 2/1/06*

*Sharif Ali Shafi*
*526 Brummel CT NW*
*Washington D.C. 20012*
*202-487-7778*

RECEIVED
FEB 02 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT