UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA
CIVIL DIVISION

Sharif Shafi, )
    Plaintiff )
 )
 ) No. 1:05CV01269 RWR
 ) No. 1:05CV0593 RWR
v. ) Civil Action No. 1:05CV05592 RWR
 ) No. 1:05CV1118 RWR
Flowers, Hill, Leggett, McFadden, et al ) No. 1:05CV01268 RWR
    Defendant(s) )
 )

### NOTICE TO THE COURT

DISTRICT OF COLUMBIA, ss:

The defendants in this action have obtained a copy of an Application to Proceed in Forma Pauperis, with Supporting Documentation and Order filed on March 22, 2005 for Case No. 05-0593. The Plaintiff in this matter, Sharif Shafi aka Willie Smith has falsified information contained within this document. The Plaintiff, who currently has two (2) known identifies, is currently employed under the name of Willie Smith with the District of Columbia Government in the Department of Mental Health since 1999. The Plaintiff has had continuous service with the Department of Mental Health at John Howard Pavilion at Saint Elizabeths Hospital in Southeast Washington, DC and has earned a minimum salary of $55,000.00 a year for the year ending 2005. The Plaintiff in filing this action has attempted to deceive the Court with this frivolous action. To assist the Court in recognizing the Plaintiff's deception, the Defendant(s) have enclosed two (2) additional documents, which should further assist the Court in uncovering the Plaintiff's deception.

Thank you.

_____
Mark Leggett on behalf of the
Defendants

_____
Donna Leggett on behalf of the
Defendants

Case 1:05-cv-00593-RWR   Document 2   Filed 03/22/2005   Page 1 of 2

AO 240 Rev. for DC 7/931 Application to Proceed

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**
MAR 22 2005

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Sharif Shafi
526 Brummel Ct NW
Washington DC 20012

Mark Leggett and Donna Leggett
10904 Woodland Blvd
Largo MD

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

Case Number: **05 0593**

I, Sharif Shafi, declare that I am the (check appropriate box)

[X] petitioner/plaintiff    [ ] movant (filing 28 U.S.C. 2255 motion)
[ ] respondent/defendant   [ ] other _____

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes [ ]   No [X]

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary).

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   39,500.00

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment?   Yes [ ]   No [X]
   b. Rent payments, interest or dividends?                    Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?          Yes [ ]   No [X]
   d. Gifts or inheritances?                                   Yes [ ]   No [X]
   e. Any other sources?                                       Yes [ ]   No [X]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   Ishmael, Gabriel, Noland, Brandon my son's
      3         8        13        17

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/9/05
           (Date)                          Signature of Applicant

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $_____ on account to the applicant's credit at the _____ institution where applicant is confined. I further certify that the applicant likewise has the following securities to the applicant's credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $_____

Authorized Officer of Institution

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ | _____  _____ |
| United States Judge            Date | United States Judge or Magistrate Judge    Date |

# GOVERNMENT OF THE DISTRICT OF COLUMBIA

## PERSONNEL ACTION

AUTO
PERS. FORM 1
(REV. 2/85)

| Field | Value |
|---|---|
| TRANSACTION CODE | 888 |
| ORIGINATING AGENCY | R M CMHS |
| 1. SOCIAL SECURITY NUMBER | 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 |
| 2. NAME (LAST, FIRST, MIDDLE) | SMITH, WILLIE E |
| 2A. | 1 (MS.) |
| 3. DATE/ACTION NO. | 787192  12-08-99 |
| 4. EFFECT. DATE | 11 08 99 |
| 5. DEPARTMENT | CMHS |
| 6. ADDRESS STREET | 6245 64TH AVE #5 |
| 7. DATE OF BIRTH | 11 19 60 |
| 8. PHYSICAL HANDICAP | 04 |
| CITY / STATE / ZIP | RIVERDALE MD 207370000 |
| 9. VETERANS PREFERENCE | 1 |
| 10. NATURE OF ACTION/CODE | CORR-TERM APPOINTMENT |
| NTE DATE | 11-07-03 |
| 11. AUTHORITY | SECTION 1-608.1(A)(6) D |
| EMPLOYMENT DATE | 11 08 99 |
| 12. SERVICE COMP. DATE | 11 08 99 |
| 13. D.C. SERVICE COMP. DATE | 11 08 99 |
| 14. FEGLI REGULAR | DC: C |
| 15. HEALTH BENEFITS CODE | DC: 000 |
| 16. FROM: POSITION TITLE AND NUMBER | FORENSIC PSYCH TECH  0165189/N  63050000418 DTD-10-31-91 |
| 17. PAY SCHEDULE | DS |
| SERIES | 00640 |
| 18. GRADE | 08 |
| STEP | 01 |
| 19. SALARY | 29384 |
| TIME SERVICE | 80-00 |
| 20. ORGANIZATIONAL UNIT | CMHS FORENSIC SERVICES ADMIN INPATIENT SERVICES, PRE-TRIAL WARD 7 |
| 21. PAYROLL ORG CODE | 63-050-189 |
| PAY GROUP | 02 |
| TENURE IN POSITION | DS-0640-08-  -N |
| 22. TO POSITION TITLE AND NUMBER | FORENSIC PSYCH TECH  0165189/N  63050000418 DTD-10-31-91 |
| 23. PAY SCHEDULE | DS |
| SERIES | 00640 |
| 24. GRADE | 08 |
| STEP | 01 |
| 25. SALARY | 29384 |
| TIME SERVICE | 80-00 |
| 26. ORGANIZATIONAL UNIT | CMHS FORENSIC SERVICES ADMIN INPATIENT SERVICES, PRE-TRIAL WARD 7 |
| 27. PAYROLL ORG CODE | 63-050-189 |
| TENURE IN POSITION | DS-0640-08-00-N |
| 28. LABOR DISTRIBUTION RULE IS CERTIFIED CORRECT | Carolyn Casey  12/03/99 |
| 29. RETIREMENT | 16 |
| 30. PAY GROUP | 02 |
| 33. SERVICE CODE | A01 |
| 34. | SED |
| 36. EMPLOYMENT TYPE | 1 (FULL-TIME) |
| 37. POSITION TYPE | 1 (CAREER) |
| 38. TERMINATION CODE | 1 |
| 39. CERTIFICATE TO EMPLOY NO. | XX00000 |

| Rule | FUND | AGENCY | YR | RESP. CENTER | PDS | PSF | MRU | ARC | DRC | JOB | ACTIVITY | ITEM | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Primary | 1 | 00 | RM | 0 | SE | F | 1 | 313 | RL98 | 0000 | 00000 | 0000 | 000 |

☐ SUBJECT TO SATISFACTORY MEDICAL EXAMINATION AND CHEST X-RAY.

☐ SUBJECT TO COMPLETION OF _____ YEAR _____ PERIOD BEGINNING

FLSA STATUS 02

RES 4
DC RBCD 11 08 99

REMARKS:
(WG/AH)
THIS CORRECTS PERSONNEL ACTION NO. 784886 DATED 11-09-99, ITEM NO. 22 CERTIFICATION DATE WHICH PREVIOUSLY READ 10-31-99 AND IN THE FUNDING SOURCE (ARC) WHICH PREVIOUSLY READ BH98.

FRINGE 001    TERM APPOINTMENT EXP 11/07/03    LCD 11/08/99

888                        1  1  DC:0  99 DC:00   2       DC:

| 44. DEPARTMENT HEAD OR DESIGNEE (SIGNATURE) | DATE | 45. APPROVING OFFICER AND AGENCY (SIGNATURE) LEWIS C. NORMAN, DIRECTOR OF HUMAN RESOURCES | APPROVAL DATE 11 12 99 |

7 Part                    1 EMPLOYEE