UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| Sharif Shafi. ) | | |
| Plaintiff ) | Civil Action No. 1:05CV0593 RWR |
| v. ) | No. 1:05CV1118RWR |
| ) | |
| ) | |
| Leggett, Mark & Donna, et al ) | |
| Defendant | | |

## MOTION FOR DISMISSAL OF COMPLAINT

The Plaintiff claims Washington, DC as his domicile when in fact he currently resides in Maryland. The Plaintiff was arrested on February 15, 2005 for assault and gave a Maryland address to the Superior Court of The District Of Columbia (see attachment). The Plaintiff was convicted and sentenced to jail time and placed on probation on November 29, 2005. The DC Parole and Probation Board verified his address as 6207 64th Ave., Riverdale, MD. The Plaintiffs criminal case disposition print out shows his current address and previous address as being a Maryland resident. The defendants listed in this complaint are also Maryland residents. We are requesting dismissal of this complaint based on lack of jurisdiction diversity. No where in the complaint are there facts pled which would support diversity jurisdiction. The attachments show the Plaintiffs name as Willie Smith prior to his name change to Sharif Ali Shafi.

RECEIVED
FEB 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Mark Leggett
Defendant

_____
Donna Leggett
Defendant

**COPY MAILED TO PLAINTIFF [PLAINTIFF FILED ACTION PRO SE]**

Close Open Save Print Maint. Docket Parties Notes Tickler Costs Bonds Events Disp. Docket Group Service Summry

Release Status
Arrest Agency
Bond Amt
Badge #
Case Judge CLARK, JEANETTE J
Officer

Defendant (Criminal)
Full Name SMITH, WILLIE E
D.O.B. 11/19/1960 S.S.N.
PDID 397384 DCDC#
DLN DL St
Gender Male Race *Black

1 of 1
Attorney(s) FAHEY, Mr A K
Code CJA

0 of 0
Alias Name(s)

1 of 2
Address Type Home Address
Address 6207 64TH AVE
City/ST/Zip RIVERDALE MD
Address Type Home Address
Address 11412 LAUREL WALK RD
City/ST/Zip LAUREL MD

1 of 2
Charge1 U003 Type: Pro
CCN 0020336 Arrest# 070500634 Arrest Dt 02/16/2005
Description SIMPLE ASSAULT

0 of 0
Enhancement(s)

Charge2 U300 Type: Pro
CCN 0020336 Arrest# 070500634 Arrest Dt 02/16/2005
Description CONTEMPT

0 of 0
Enhancement(s)

Next Event Date/Time
Event Judge
Case Disp Court Trial Disp Date 11/29/2005
Guilty

0 of 0
Linked Group(s)

Prosecutors 0 of 0
Agency Full Name

Case Comments

Case Attributes
Case Number 2005 CMD 001521
Filed 02/17/2005
Status Closed
Secret Case F Incomplete F

# Superior Court of the District of Columbia

### CIVIL DIVISION

## ORDER FOR CHANGE OF NAME

IN RE: Willie Earl Smith

02-0009617

C.A. No. _____

COMPLETE NAME OF APPLICANT: Willie Earl Smith

Upon consideration of the application for the change of name filed herein and no objections having been made and proof of publication having been made and filed herein, and all other requirements appear having been met, it is this __20th__ day of __May__ 2003

ORDERED BY THE COURT that the said application be and hereby is ☒ granted ☐ denied and it is further,

ORDERED BY THE COURT that henceforth and hereafter Willie Earl Smith be known as Sharif Ali Shafi

_____
JUDGE

DOCKETED MAY 21 2003