United States District Court
For the District of Columbia

Sharif Ali Shafi'
    Plaintiff

v

Mark Leggett, et al
    Defendant

Civil Action:#CV-05-1118 RWR

**Plaintiff's Motion for Extension of Time to Comply with Order of 2/23/06**

I'm asking the court for an extension of time to consult legal advice concerning new information about the case. I'm asking the court for an extension of twenty-five (25) days to complete the process.

/Sharif Shafi'
526 Brummel Ct. NW
Washington, DC 20012
202-487-7778

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2006 MAR 27 PM 9:19
NANCY MAYER-WHITTINGTON
CLERK