**DISTRICT COURT OF MARYLAND FOR** Prince George's Co.

Located at: Upper Marlboro

Case No. 0502-19061-03

| | | |
|---|---|---|
| **Name:** Mark Leggett | **Name:** Navy Federal Credit Union | **Name:** Sharif Ali Shafi |
| **Address:** 10904 Woodlawn Blvd. Largo, Md. 20774 | **Address:** P.O. Bx 2464 Merrifield VA. 22116 | **Address:** 6207 64th Ave, Apt 6 Riverdale, md. 20737 |
| Plaintiff | Garnishee | Defendant |

## REQUEST FOR JUDGMENT—GARNISHMENT
### [3-645 (g)] (GARN)

A Writ of Garnishment having been issued in the above captioned action and (1) 30 days having passed since service of the Writ, (2) a timely answer having been filed by the Garnishee, and (3) if this Request is filed by a party other than the Judgment Creditor, at least 30 days have passed since the filing of the answer:

☒ It is requested that a judgment be entered in favor of the Judgment Creditor against Navy Federal C/U, garnishee, in the amount of $ 1,710, this being the lesser of (1) the amount of assets of the Judgment Debtor admitted by the Garnishee, plus any amount coming into the hands of the Garnishee after service of the Writ of Garnishment, or (2) the amount of the Creditor's judgment against the Debtor and enforcement costs.

☐ It is requested that a judgment be entered in favor of the Garnishee terminating the Garnishment, the Garnishee's timely answer having denied indebtedness to the Judgment Debtor or possession of property of the Debtor.

_____
Signature of Attorney for (Creditor) (Debtor) (Garnishee)

_____
Address

_____
Telephone

[Stamp: ENTERED APR 13 '06]

### CERTIFICATE OF SERVICE

I certify that I served a copy of this Request upon the following party or parties by mailing first class mail, postage prepaid, on _____ to:

Navy Federal Credit Union — P.O. Bx 2464 Merrifield VA 22116
Sharif Ali Shafi — 6207 64th Ave Apt. 6 Riverdale md. 2073

Date: 3/28/06

_____
Signature of Party Serving

### ORDER OF COURT

The above Request having been considered it is hereby ordered that:

☒ Judgment is entered in favor of the Judgment Creditor in the amount of $ 1710 and the Garnishee shall pay over such amount to the Judgment Creditor or deliver garnished property to the Sheriff/Constable.

☐ Judgment is entered in favor of the Garnishee terminating the Garnishment.

Date: 4/12/06

_____
Judge

Copies to:

DC/CV 62 (Rev. 7/96)              REQUEST FOR JUDGMENT—GARNISHMENT

DISTRICT COURT OF MARYLAND FOR ................ U.M. ................
................................................. City/County

Located at ...Court Address... Case No. H-356-06

Sharif Ali Shafi' vs. Mark Leggett
Petitioner                    Respondent

Confidential                  10904 Woodland Blvd
Street Address, Apt. No.      Street Address, Apt. No.
                              Largo MD 20774    Home (202)327-4557
City, State, Zip Code         City, State, Zip Code    Work
Telephone Number(s)           Telephone Number(s)

## PETITION FOR PEACE ORDER

(NOTE: Fill in the following, checking the appropriate boxes. If you need additional paper, ask the clerk.)

1. I want protection from ......Mark Leggett......
                                          Respondent

The Respondent committed the following acts against ................................................,
                                                              Victim
within the past 30 days on the dates stated below. (check all that apply) ☐ kicking ☐ punching ☐ choking ☐ slapping
☐ shooting ☐ rape or other sexual offense (or attempt) ☐ hitting with object ☐ stabbing ☐ shoving ☑ threats of violence
☑ harassment ☑ stalking ☐ detaining against will ☐ trespass ☐ malicious destruction of property ☑ other
threatening Phone call, harassment at my work place
The details of what happened are: threaten to kill me and family (Describe injuries. State the date(s) and place(s) where these acts occurred. Be as specific as
you can.): ................................................................

................................................................

................................................................

2. I know of the following court cases involving the Respondent and me:

| Court | Kind of Case | Year Filed | Results or Status (if you know) |
|---|---|---|---|
| DC. District Court | Defamation | 6/2005 | Pending |

3. Describe all other harm the Respondent has caused you and give date(s), if known:
I PEACE ORDER on 2/12/03 (the denied order, I got
lock up for threats because Leggett were threatening my family

4. I want the Respondent to be ordered:

☑ NOT to commit or threaten to commit any of the acts listed in paragraph 1 against ................
                                                                                          Name
☑ NOT to contact, attempt to contact, or harass ...Please keep private...
                                                                    Name
☑ NOT to go to the residence(s) at ...Please keep private...
                                                              Address
☑ NOT to go to the school(s) at ................
                                  Name of school and address

☑ NOT to go to the work place(s) at ................
☑ To go to counseling   ☐ To go to mediation   ☑ To pay the filing fees and court costs
☐ Other specific relief: ................

I solemnly affirm under the penalties of perjury that the contents of this Petition are true to the best of my knowledge, information,
and belief.

8/6/06                                Ahmiy Ahafii
Date                                  Petitioner

### NOTICE TO PETITIONER
Any individual who knowingly provides false information in a Petition for Peace Order is guilty of a misdemeanor and on
conviction is subject to a fine not exceeding $1,000 or imprisonment not exceeding 90 days or both.

DC/PO 1 (Rev. 2/2003)



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mark ; Donny Baggett
   10904 Woodard Blvd
   Largo Md 20774

2. Article Number
   (Transfer from service label)

   7004 2510 0005 4861 5323

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail        ☐ Express Mail
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

WITH 30% POST CONSUMER CONTENT.





# Provident Bank

view account | transfer funds | loan payment | credit advance | change pin

**Frequently Asked Questions**

**E-Mail Us**

**Open a Checking Account**

**Open a Savings, CD, or Money Market Account**

**Apply for a Loan**

**Apply for a Line of Credit**

**Checking/Money Market Account Information**

Account Number: [redacted]  
Current Balance: $4,792.54   Available Balance: $4,792.54  
Last Statement Date: 06/30/2003   Next Statement Date: 07/31/2003  
YTD Interest Paid: $0.00   Last Year Interest Paid: $0.00

From 04/14/03   To 07/14/03   Change

| Description | Check Number | Date Posted | Amount |
|---|---|---|---|
| CHECK |  | 7/14/03 | $175.00 |
| CHECK |  | 7/14/03 | $200.00 |
| CHECK | 1036 | 7/9/03 | $125.00 |
| CHECK | 1035 | 7/2/03 | $95.40 |
| CHECK | 1034 | 6/27/03 | $35.00 |
| CHECK | 1029 | 6/27/03 | $108.92 |
| CHECK | 1030 | 6/25/03 | $152.64 |
| CHECK | 1028 | 6/25/03 | $98.96 |
| CHECK | 1031 | 6/23/03 | $122.43 |
| CHECK-TELLER | 1032 | 6/20/03 | $40.00 |
| DEPOSIT |  | 6/20/03 | $1,507.80 |
| MONTHLY SER. CHARGE |  | 6/13/03 | $1.00 |
| CHECK | 1027 | 6/6/03 | $300.00 |
| CHECK | 1026 | 6/6/03 | $120.00 |
| CHECK | 1025 | 5/27/03 | $200.00 |
| MONTHLY SER. CHARGE |  | 5/14/03 | $2.00 |
| CHECK | 1024 | 5/8/03 | $117.00 |
| CHECK | 1023 | 5/8/03 | $100.00 |
| DEPOSIT |  | 5/2/03 | $3,070.20 |
| CHECK | 1022 | 4/25/03 | $90.00 Park |
| CHECK | 1020 | 4/25/03 | $50.00 Cell-Phone |
| CHECK-TELLER | 1019 | 4/21/03 | $1,500.00 — The only check |
| CHECK | 1018 | 4/16/03 | $95.00 that was aprod |
| MONTHLY SER. CHARGE |  | 4/15/03 | $1.00 |

*Handwritten annotations:* "Park CHECK Cell Phone" (next to 1018 row)

# Provident Bank

**NATIONAL UNION OF HOSPITAL & HEALTH CARE EMPLOYEES LOCAL 2095**
11412 LAUREL WALK DRIVE
LAUREL, MD 20708

1003
11/20
7-7301/2520
BRANCH 353

PAY TO THE ORDER OF: Christopher Leach / Willie Smith          DATE 12/10/02        $ 500.00

Five Hundred Dollars

Provident BANK
BALTIMORE, MARYLAND

FOR Christopher Leach

⑊⑊001003⑊⑊ ⑊:252073018⑊:                       ⑊⑊00000050000⑊

Account: 5741831  Check#: 1003  Amount: $500.00  Date: 12-10-2002

172.17.10.29/scripts/AFS/idweb/IDWeb.dll?Print?Provident+Bank&9&5&82059288^capp016.i00^1  12/21/2002

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA
CIVIL DIVISION

Sharif Shafi,  )
    Plaintiff  )
(  )
  )  No. 1:05CV01269 RWR
  )  No. 1:05CV0593 RWR
v.  )  Civil Action No. 1:05CV05592 RWR
  )  No. 1:05CV1118 RWR
Flowers, Hill, Leggett, McFadden, et al  )  No. 1:05CV01268 RWR
    Defendant(s)  )
  )

### NOTICE TO THE COURT

DISTRICT OF COLUMBIA, ss:

The defendants in this action have obtained a copy of an Application to Proceed in Forma Pauperis, with Supporting Documentation and Order filed on March 22, 2005 for Case No. 05-0593. The Plaintiff in this matter, Sharif Shafi aka Willie Smith has falsified information contained within this document. The Plaintiff, who currently has two (2) known identifies, is currently employed under the name of Willie Smith with the District of Columbia Government in the Department of Mental Health since 1999. The Plaintiff has had continuous service with the Department of Mental Health at John Howard Pavilion at Saint Elizabeths Hospital in Southeast Washington, DC and has earned a minimum salary of $55,000.00 a year for the year ending 2005. The Plaintiff in filing this action has attempted to deceive the Court with this frivolous action. To assist the Court in recognizing the Plaintiff's deception, the Defendant(s) have enclosed two (2) additional documents, which should further assist the Court in uncovering the Plaintiff's deception.

Thank you.

_____
Mark Leggett on behalf of the
Defendants

_____
Donna Leggett on behalf of the
Defendants

# GOVERNMENT OF THE DISTRICT OF COLUMBIA — PERSONNEL ACTION

AUTO PERS. FORM 1 (REV. 2/85)

TRANSACTION CODE: 888
ORIGINATING AGENCY: RM CMHS

| Field | Value |
|---|---|
| 1. SOCIAL SECURITY NUMBER | 002 |
| 2. NAME (LAST, FIRST, MIDDLE) | SMITH, WILLIE E |
| 2A. | 1 (MS.) |
| 3. DATE/ACTION NO. | 787192  12-08-99 |
| 4. EFFECT. DATE MO DY YR | 11 08 99 |
| 5. DEPARTMENT | CMHS |
| 6. ADDRESS | 6245 64TH AVE #5 |
| CITY / STATE / ZIP | RIVERDALE MD 207370000 |
| 7. DATE OF BIRTH | 11 19 60 |
| 8. PHYSICAL HANDICAP | 04 |
| 9. VETERANS PREFERENCE | 1 (NONE) |
| 10. NATURE OF ACTION/CODE | CORR-TERM APPOINTMENT |
| NTE DATE | 11-07-03 |
| 11. AUTHORITY | SECTION 1-608.1(A)(6) D |
| EMPLOYMENT DATE | 11 08 99 |
| 12. SERVICE COMP. DATE | 11 08 99 |
| 13. D.C. SERVICE COMP. DATE | 11 08 99 |
| 14. FEGLI REGULAR | DC: C |
| 15. HEALTH BENEFITS CODE | DC: 000 |

16. FROM POSITION TITLE AND NUMBER: FORENSIC PSYCH TECH  0165189/N  630500000418 DTD-10-31-91
17. PAY SCHEDULE/SERIES: DS 00640
18. GRADE: 08
STEP: 01
19. SALARY: 29384
TIME SERVICE: 80.00
20. ORGANIZATIONAL UNIT: CMHS FORENSIC SERVICES ADMIN — INPATIENT SERVICES, PRE-TRIAL WARD 7
21. PAYROLL ORG CODE: 63-050-189
PAY GROUP: 02
TENURE IN POSITION: DS-0640-08- -N

22. TO POSITION TITLE AND NUMBER: FORENSIC PSYCH TECH  0165189/N  630500000418 DTD-10-31-91
23. PAY SCHEDULE/SERIES: DS 00640
24. GRADE: 08  STEP: 01
25. SALARY: 29384  TIME SERVICE: 80.00
26. ORGANIZATIONAL UNIT: CMHS FORENSIC SERVICES ADMIN — INPATIENT SERVICES, PRE-TRIAL WARD 7
27. PAYROLL ORG CODE: 63-050-189
TENURE IN POSITION: DS-0640-08-00-N

28. LABOR DISTRIBUTION RULE IS CERTIFIED CORRECT — Carolyn Casey — 12/03/99
29. RETIREMENT: 16 (02 TEACHERS)
30. PAY GROUP: 02
33. SERVICE CODE: A01
34. SED
36. EMPLOYMENT TYPE: 1 (FULL-TIME)
37. POSITION TYPE: 1 (CAREER)
39. CERTIFICATE TO EMPLOY NO.: XX00000

Multiple Rules — Primary: 1 0 0 R M 0 S E F 1 3 3 1 3 R L 9 8 0 0 0 0 0 0 0 0 0 0 0

☐ SUBJECT TO SATISFACTORY MEDICAL EXAMINATION AND CHEST X-RAY.
☐ SUBJECT TO COMPLETION OF _____ YEAR _____ PERIOD BEGINNING _____
FLSA STATUS 02      RES 4      DC RBCD 11 08 99

REMARKS:
(WG/AH)
THIS CORRECTS PERSONNEL ACTION NO. 784886 DATED 11-09-99, ITEM NO. 22 CERTIFICATION DATE WHICH PREVIOUSLY READ 10-31-99 AND IN THE FUNDING SOURCE (ARC) WHICH PREVIOUSLY READ BH98.

FRINGE 001      TERM APPOINTMENT EXP 11/07/03      LCD 11/08/99

888      1  1  DC:0  99  DC:00  2  DC:

DEPARTMENT HEAD OR DESIGNEE (SIGNATURE)
45. APPROVING OFFICER AND AGENCY (SIGNATURE): LEWIS C. NORMAN, DIRECTOR OF HUMAN RESOURCES
APPROVAL DATE: 11 12 99